AO 91 (Rev. 11/11) Criminal Complaint                                  AUSA Naana A. Frimpong (312) 353-3540

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MAGISTRATE JUDGE SCHENKIER

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. | |
| JHOBANI G. ARELLANES-LOPEZ | **14 CR 349** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 17, 2014, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(B) | Knowingly possessed material, namely desktop computer labelled "Desktop PC," Model Number TS-XN0105RS, bearing serial number TS50101188, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, such image having been shipped and transported using any means or facility of interstate or foreign commerce, and such image having been produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means. |

**FILED**

JUN 1 7 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

JAMES P. BUCK
Special Agent, Homeland Security Investigations (HSI)

Sworn to before me and signed in my presence.

Date: June 17, 2014

*Judge's signature*

City and state: Chicago, Illinois

SIDNEY I. SCHENKIER, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

ss

## AFFIDAVIT

I, JAMES E. BUCK, being duly sworn, state as follows:

1.     I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for 9 years. As part of my duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A.

2.     This affidavit is submitted in support of a criminal complaint alleging that JHOBANI G. ARELLANES-LOPEZ has possessed child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ARELLANES-LOPEZ with possession of child pornography, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents who have knowledge of the events

and circumstances described herein, and interviews of witnesses, and other individuals.

**A.**    **Background to the Investigation.**

4.    As described in further detail below, HSI has been involved in an investigation of the possession and distribution of child pornography by ARELLANES-LOPEZ. Based on its investigation, HSI has determined that ARELLANES-LOPEZ is associated with certain websites and email accounts containing child erotica and child pornography. To date, HSI has sought and obtained search warrants for a Hotmail email account and a Dropbox account believed to be used by ARELLANES-LOPEZ. A preliminary review of ARELLANES-LOPEZ's Hotmail email and Dropbox accounts revealed numerous images and videos of child pornography. In addition, on or about June 17, 2014, HSI executed a search warrant of ARELLANES-LOPEZ's residence – the residence from which, based on a review of internet access logs, he accessed the Hotmail email and Dropbox accounts (containing child pornography). A preliminary review of some of the items seized during this search warrant revealed numerous images and videos of child pornography. Further, after waiving his *Miranda* rights, ARELLANES-LOPEZ admitted to law enforcement possessing and distributing various images and videos of child pornography.

**B.**    **Child Pornography Distributed by ARELLANES-LOPEZ using a Hotmail Email Account.**

5.    On or about December 31, 2013, an HSI special agent executed a search warrant on an email address at Google, Inc., ("Google Email") signed by

Magistrate Judge for the District of Wyoming, Kelly H. Rankin. According to this HSI special agent, the information provided by Google, Inc. contained email exchanges between the Google Email and ARELLANES-LOPEZ, using demon_angel13@hotmail.com ("the Hotmail Email"). I reviewed these emails and attached to several of these emails were images and videos which I believe constitute child pornography.

6.      For example, on or about December 22, 2013, ARELLANES-LOPEZ sent, from the Hotmail Email, a response to an email sent by the user of the Google Email. The subject heading of this email read, "RE: Trade pthc?". Based on my training and experience, "pthc" is an abbreviation used by active traders of child pornography for "pre-teen hardcore." In the body of the email, ARELLANES-LOPEZ wrote "here some private pics i trade just a few weeks ago". Attached to this email were approximately 13 image files, all of which I believe constitute child pornography. In all of the images, what appears to be a female minor approximately 9-12 years old, makes unnatural poses which are suggestive, displaying her genital region in a manner designed to elicit a sexual response. In some of the images, the female minor is nude, while in the others she is wearing a white tank top.

7.      On the same day, on or about December 22, 2013, ARELLANES-LOPEZ, from the Hotmail Email, sent an email to the user of the Google Email which appears to be a continuation of the conversation between the two individuals. The subject line of the email exchange remained "RE: Trade pthc?" In the body of the email, the user of the Hotmail Email wrote, "like this???" Attached to the email

3

were approximately 41 files, all but one of which contained what I believe to be child pornography. Below is a description of 3 of those files.

   a.   An image of what appears to be a prepubescent female approximately 4-6 years old, lying on her back, her genital region lasciviously displayed.

   b.   An image of what appears to be a prepubescent female, approximately 4-6 years old, spreading her legs, lasciviously displaying her genital and anal areas. Semen appears to be in her anus.

   c.   An image of what appears to be a prepubescent female approximately 2-4 years old, being anally penetrated by an adult penis.

8.   On the same day, on or about December 22, 2013, ARELLANES-LOPEZ, from the Hotmail Email, sent an additional email to the user of the Google Email which appears to be a continuation of the conversation between the two individuals. The subject line of the email exchange remained "RE: Trade pthc?" and two video files, which I believe constitute child pornography, were attached to the email. Below is a description of these two files.

   a.   A video file, approximately 53 seconds in duration, depicts what appears to be a minor female, approximate age 8-11 years old, being vaginally penetrated by an adult male's finger. The name of this video file appears to be the name of a girl, her age and the date the image was taken.

4

b. A video file, approximately 1 minute and one second in duration, depicting what appears to be a minor female, approximately 8-12 years old, having penile/vaginal intercourse with an adult male.

9. On the same day, on or about December 22, 2013, ARELLANES-LOPEZ, from the Hotmail Email, sent an email to the user of the Google Email with the subject line "RE: Vid". Based on my training and experience, "Vid" is an abbreviation often used by active traders of child pornography for "video(s)." Attached to this email was a video file which I believe constitutes child pornography. The filename of the video includes the abbreviation for pre-teen hardcore ("pthc") and the video, approximately 38 seconds in duration, depicts what appears to be two minor females. One of the minor females, approximately 5-7 years old is nude and holding a sex toy which she uses to penetrate the vagina of the other minor female, approximately 7-10 years old.

10. As part of its investigation, on or about March 11, 2014, HSI applied for a warrant to search the Hotmail Email for evidence and contraband of the possession, receipt, and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. On the same day, U.S. Magistrate Judge Jeffrey R. Gilbert granted HSI's application and issued a warrant to search the Hotmail Email.

11. On or about April 3, 2014, I conducted a preliminary review of the contents of the Hotmail Email and observed numerous images which I believe

5

constitute child pornography. Below are examples of the images and videos located in the Hotmail Email account:

      a.     An image of what appears to be a prepubescent female, approximately 4-7 years old, lying on her back, nude, with her legs up in the air and spread apart, lasciviously displaying her genital region.

      b.     An image of what appears to be a prepubescent female, approximately 5-8 years old, lying on her back, nude, her legs are up in the air and spread apart, lasciviously displaying her genital region.

      c.     An image of what appears to be a prepubescent female, approximately 7-10 years old, lying on her back, nude from the waist down. Her legs are up in the air and spread apart and she is vaginally penetrating herself with two fingers.

      d.     A video file, approximately 3 minutes and 17 seconds in duration, which depicts what appears to be a prepubescent female, approximately 5-10 years old, engaging in sexually explicit activity, including oral sex and the ejaculation by an adult male into the minor's vagina and mouth.

**C.    Child Pornography in ARELLANES-LOPEZ's Dropbox Account[1]**

12.    On or about December 22, 2013, the user of the Google Email sent an additional email to the Hotmail Email (the email account of ARELLANES-LOPEZ). The subject line of the email exchange was "RE: Vid."  In the body of the email, the user of the Google Email wrote "I will accept Dropbox links but thats it i will also send u Dropbox links if u have one…i cant dl from yandix or wetransfer sorry".  Based on my training and experience, "dl" is an abbreviation for download and "yandix" and "wetransfer" are examples of other web-hosting companies.

13.    On the same day, on or about December 22, 2013, ARELLANES-LOPEZ, using the Hotmail Email, responded to the user of the Google Email.  The subject line of the email exchange remained "RE: Vid" and in the body of the email, ARELLANES-LOPEZ wrote "yes i'm still here but just finishing downloading a few vids to drop box".  Approximately a minute later, the user of the Google Email

---

[1] Based on my training and experience, and the training and experience of other law enforcement with whom I have spoken, Dropbox, Inc. was founded in 2007 and is a privately held electronic file storage service provider headquartered in San Francisco, California. Dropbox, Inc. uses cloud computing to enable users to store and share files and folders with other users across the Internet using file synchronization (the process of ensuring that computer files in two or more locations are updated via certain rules). Dropbox, Inc. provides both free and fee-based file sharing and file synchronization services.  Dropbox conducts business throughout the United States and the world through its cloud-computing based file sharing services.

Dropbox, Inc. offers a client application to facilitate the file synchronization and access on a wide variety of operating systems and devices owned or used by the account holder. Dropbox, Inc. allows a user to create a Dropbox, Inc. account which is identified by the user's e-mail address and it is secured with a user password.  The e-mail address is the unique identifier for a Dropbox, Inc. account.  Once an account is created with Dropbox, Inc., the user must enter his or her e-mail address for the account along with a valid user-created password in the login screen in order to access the account.  Since Dropbox, Inc. accounts are not publicized and the general login screen does not show other valid e-mail accounts, the user must know the e-mail address in the first step to access a Dropbox, Inc. account.

responded to ARELLANES-LOPEZ by writing, "Ok let them b good hc plz". Based on my training and experience, "hc" is an abbreviation often used by active traders of child pornography for hard core (child pornography).

14.    On the same day, on or about December 22, 2013, ARELLANES-LOPEZ, using the Hotmail Email, sent another email to the user of the Google Email. The subject line of the email exchange remained "RE: Vid" and in the body of the email, the ARELLANES-LOPEZ provided a link to ARELLANES-LOPEZ's Dropbox account (https://www.dropbox.com/sh/wbc87sb2a5wk9oa/2AsRjZMgcC). Following the link was the text, "ok here are a few."

15.    On the same day, on or about December 22, 2013, the user of the Google Email sent an additional email to ARELLANES-LOPEZ's Hotmail Email which appears to be a continuation of the conversation between the two individuals. The subject line of the email exchange remained "RE: Vid" and in the body of the email, the user of the Google Email stated, "Are u almost done? I have a link to send u but im waiting on u...im gonna go to bed soon and i wanna give you something so u comeback for more but i need to see what u got". A few minutes later, ARELLANES-LOPEZ responded by stating "here" and again provided a link to ARELLANES-LOPEZ's Dropbox account.

16.    On or about the same day, December 22, 2013, the user of the Google Email sent ARELLANES-LOPEZ's Hotmail Email another email, continuing the email conversation. The subject line of the email exchange remained "RE: Vid" and

in the body of the email, the user of the Google Email provided a link to his/her dropbox account.[2]

17. On or about the same day, December 22, 2013, the user of the Google Email sent ARELLANES-LOPEZ's Hotmail Email a final email. The subject line of the email exchange remained "RE: Vid" and in the body of the email, the user of the Google Email wrote "Sorry i sent you sucha shitty link im not used to ppl sending me such good vids this soon i figured id get bullshit like always im about to go to bed so ill upload and send good shit in the morning ttyl".

18. As part of its investigation, on or about April 9, 2014, HSI applied for a warrant to search the Dropbox Account for evidence and contraband of the possession, receipt, and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. On the same day, U.S. Magistrate Judge Sheila M. Finnegan granted HSI's application and issued a warrant to search the Dropbox Account.

19. On or about April 29, 2014, I conducted a preliminary review of the contents of the Dropbox Account and observed numerous images which I believe constitute child pornography. Below are examples of the images and videos located in the Dropbox Account:

a. A video file, approximately six minutes and nine seconds in duration, depicts what appears to be a minor female, approximately 9-11 years old,

---

[2] Based on my conversations with other law enforcement personnel, a federal grand jury in the Eastern District of California returned an indictment for child pornography offenses against the user of the Google Email.

removing her clothes and then performing sex acts on herself, including self-masturbation, simulated oral sex with a phallic-shaped sex toy, and vaginal penetration of the phallic-shaped sex toy.

b.     An image of what appears to be a prepubescent female, approximately 5-8 years old, nude and bound with rope, conducting oral sex on an adult male penis.

c.     A video file, approximately two minutes and 18 seconds in duration, depicts what appears to be a prepubescent female, approximately 2-3 years old, while she is being anally penetrated by an adult male penis. The name of the video file includes the following words "(anal,crying) 2yo girl cries while daddy fucks her ass."

## D.     Identification of the IP Address used by ARELLANES-LOPEZ.

20.     On or about February 3, 2014, personnel from law enforcement sent an administrative subpoena to Microsoft concerning the Hotmail Email account. In or about February or March, 2014, Microsoft responded and identified 50.129.13.91 (the "Subject IP Address") as one of the IP addresses used to access the Hotmail Email account.

21.     In or about February 2014, through a publicly available IP address lookup Internet program, law enforcement determined that the Subject IP Address was assigned to Comcast. In or about February 2014, law enforcement served an administrative subpoena on Comcast. On or about April 21, 2014, I submitted an additional administrative subpoena to Comcast. On or about the same day,

Comcast responded and confirmed that ARELLANES-LOPEZ maintained a high-speed Internet account with Comcast and that the Residence was the address listed on ARELLANES-LOPEZ's account.

22.     Based on the conversations between the user of the Google Email and ARELLANES-LOPEZ (the user of the Hotmail Email), on or about March 4, 2014, I served an administrative subpoena on Dropbox, Inc., seeking information on the Dropbox account of ARELLANES-LOPEZ. On or about March 20, 2014, Dropbox, Inc., responded to the administrative subpoena and confirmed that ARELLANES-LOPEZ had an account on Dropbox, Inc.'s website (the "Dropbox Account").[3] According to Dropbox, Inc., the Dropbox Account was created on or about December 22, 2013 (the same date the conversations between ARELLANES-LOPEZ, using the Hotmail Email, and the user of the Google Email occurred). In addition, according to Dropbox, Inc., there was activity on the Dropbox Account from on or about December 23, 2013, through on or about March 10, 2014. Further, according to Dropbox, Inc., the IP address used by the user of the Dropbox Account to access Dropbox's website was the Subject IP Address (the same IP address that law enforcement had determined was being used by ARELLANES-LOPEZ to access the Hotmail Email from ARELLANES-LOPEZ's residence in Chicago (the "Residence").

---

[3] On the same date that I submitted a request, on or about March 4, 2014, I sent a request to Dropbox, Inc. to preserve any and all materials related to the Dropbox Account. Consequently, based on my training and experience, all materials from March 4, 2014, onwards (even if deleted by the user of the Dropbox Account) would have been maintained by Dropbox, Inc.

### E. Statements of ARELLANES-LOPEZ

23. On or about June 17, 2014, agents executed a federal search warrant at the Residence (located in Chicago, Illinois). During the search, agents discovered, among other things, a desktop computer labelled "Desktop PC," Model Number TS-XN0105RS, bearing serial number TS50101188, and two thumb drives that from a preliminary review appeared to contain numerous images of child pornography. Based on the training and experience of the law enforcement officials who conducted the preliminary review, a number of these images of child pornography displayed bestiality, bondage and torture. Below are two example of some of the images of child pornography found on ARELLANES-LOPEZ's computer.

    a. An image of what appears to be a prepubescent female, approximately 10-12 years old, engaged in sexual intercourse with an adult male (File name "!HCmixed0004.jpg"); and

    b. A video file, approximately 2 minutes and 1 second in duration, depicting an adult male performing oral sex on a prepubescent female (File name "WMPPeru aN cuni+felatio.wmv").

24. Law enforcement agents advised ARELLANES-LOPEZ of his *Miranda* rights. ARELLANES-LOPEZ waived his rights by a written waiver. During an interview with agents, ARELLANES-LOPEZ admitted, among other things: possessing and distributing images and videos of child pornography using the Hotmail Email and possessing images and videos of child pornography in his Dropbox Account. For example, ARELLANES-LOPEZ admitted that he sent the

email on or about December 22, 2013, to which various image files depicting child pornography were attached (described above in paragraph 6). ARELLANES-LOPEZ wrote his initials on a screen shot taken from these images files to signify that he recognized the images as ones that he had distributed. Further, ARELLANES-LOPEZ admitted that he uploaded to his Dropbox Account two video files depicting child pornography, described in paragraphs 20(a) to (c) above. ARELLANES-LOPEZ wrote his initials on a screen shot taken from these video files to signify that he recognized the video files as ones that he had distributed.

25. In addition, ARELLANES-LOPEZ stated that he was the only individual who used the desktop computer labelled "Desktop PC," Model Number TS-XN0105RS, bearing serial number TS50101188, and that he used this computer to view and distribute child pornography. Based on a review of this "Desktop PC" it contained a label indicating that it had been manufactured in Mexico.

## CONCLUSION

26. Based on the foregoing facts, your Affiant respectfully submits that there is probable cause to believe that on or about June 17, 2014, ARELLANES-LOPEZ knowingly possessed material, namely desktop computer labelled "Desktop PC," Model Number TS-XN0105RS, bearing serial number TS50101188, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, such image having been shipped and transported using any means or facility of interstate or foreign commerce, and such image having been produced using materials that have been shipped and transported in an affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT.

JAMES B. BUCK
Special Agent, Internal Revenue Service

SUBSCRIBED AND SWORN to before me on June 17, 2014.

SIDNEY I. SCHENKIER
United States Magistrate Judge

14