IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 14 CR 349-1 |
| v. | ) | Magistrate Judge: Sidney I. Schenkier |
| Jhobani G. Arellanes-Lopez | ) | |

## ORDER

    Detention hearing held. Defendant waives preliminary examination. The Court enters a finding of probable cause; order defendant bound to the District Court for further proceedings. In light of defendant's waiver, the preliminary examination hearing set for 6/27/14 at 2:00 p.m. is hereby stricken. Defendant waives the detention hearing. The Government's unopposed oral motion to detain defendant on the grounds that if released he poses a risk of flight and/or danger to the community is granted. Because the motion is unopposed, the Court makes no finding as to risk of flight and/or danger to the community, or as to any other statutory factor that is relevant to the issue of release or detention. The Court's order is without prejudice to the defense raising the issue of release at a later time if they so choose. Defendant shall remain in federal custody pending trial or until further order of the Court.

(T: 00:10)

Date: June 23, 2014

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE