JUDGE THARP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE SCHENKIER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) No. | 14 CR 349 |
| | ) | |
| v. | ) Violation: | Title 18, United States Code, |
| | ) | Sections 2252A(a)(1) and |
| JHOBANI G. ARELLANES-LOPEZ | ) | 2252A(a)(5)(B) |
| | ) | |

FILED

JUL 16 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## COUNT ONE

The SPECIAL MARCH 2013 GRAND JURY charges:

On or about December 22, 2013, at Chicago, in the Northern District of Illinois, Eastern Division,

JHOBANI G. ARELLANES-LOPEZ,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely no fewer than 10 images, including computer files titled "Laura_027.jpg," "Laura_043.jpg," "Laura_044.jpg," "Laura_045.jpg," "Laura_047.jpg," "Laura_048.jpg, "Laura_049.jpg," "Laura_050.jpg," "Laura_077.jpg," "Laura_080.jpg," "Laura_081.jpg," "Laura_082.jpg," and "Laura_083.jpg," using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## **COUNT TWO**

The SPECIAL MARCH 2013 GRAND JURY further charges:

On or about December 22, 2013, at Chicago, in the Northern District of Illinois, Eastern Division,

JHOBANI G. ARELLANES-LOPEZ,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely no fewer than 100 images, including a computer file with a title that begins "qqaazz pthc pedo – kyky…," using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## **COUNT THREE**

The SPECIAL MARCH 2013 GRAND JURY further charges:

On or about June 17, 2014, at Chicago, in the Northern District of Illinois, Eastern Division,

JHOBANI G. ARELLANES-LOPEZ,

defendant herein, knowingly possessed material, namely: (1) a desktop computer labeled "Desktop PC," model number TS-XN0105RS, bearing serial number TS50101188, containing a Western Digital, 250 gigabyte hard drive, model number WD2500AAJS, bearing serial number of WCAV2E411070; (2) a 16 gigabyte Sandisk Cruzer Glide thumb drive, serial number SDCZ26-016G, and a 4 gigabyte Sandisk Cruzer thumb drive, serial number SDCZ36-004G; and (3) a Samsung SPH-M840 cellular phone, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not obtained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **FORFEITURE ALLEGATION**

The SPECIAL MARCH 2013 GRAND JURY alleges:

1. The allegations contained in this Indictment are incorporated here for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(a)(5)(B), as alleged in this Indictment,

JHOBANI G. ARELLANES-LOPEZ,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest he has in any visual depictions described in Title 18, United States Code, Sections 2251 and 2252A, as well as any property, real or personal, used and intended to be used to commit or to promote the commission of the charged offense, as well as any property traceable to the charged offense.

3. The interests of defendant subject to forfeiture include, but are not limited to, the following items seized at defendant's residence on or about June 17, 2014:

    a.    a desktop computer labeled "Desktop PC," model number TS-XN0105RS, bearing serial number TS50101188, containing a Western Digital, 250 gigabyte hard drive, model number WD2500AAJS, bearing serial number of WCAV2E411070;

    b.    a Samsung SPH-M840 cellular phone;

    c.    a 16 gigabyte Sandisk Cruzer Glide thumb drive, serial number SDCZ26-016G; and

    d.    a 4 gigabyte Sandisk Cruzer Glide thumb drive, serial number SDCZ36-004G.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY